IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUSTIN L. ORTON,

Defendant.

**8:26CR140**

**ORDER**

This matter is before the court on the defendant's unopposed Motion to Continue Trial [42]. Counsel needs additional time to engage in good-faith negotiations concerning an amicable resolution of this case through a plea agreement and counsel's work related travel. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [42] is granted, as follows:

1. The jury trial, now set for December 1, 2026, is continued to **February 9, 2027.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 9, 2027**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 3rd day of November, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge